**Order entered September 10, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00764-CV

## IN THE INTEREST OF C.P.C. AND D.L.C., CHILDREN

**On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. FA-20-0978**

## ORDER

Before the Court is court reporter Michelle M. Stewart's September 8, 2021, request to extend time to file the reporter's record. We **GRANT** Ms. Stewart's request. The reporter's record shall be filed by September 20, 2021.

/s/    CORY L. CARLYLE
       JUSTICE